**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOSHUA A. STRICKLIN                                                                                                        PLAINTIFF
ADC #138119

V.                                            NO: 5:12CV00162 BSM/HDY

RAY HOBBS *et al.*                                                                                                       DEFENDANTS

## ORDER

Plaintiff filed an amended complaint on May 29, 2012, alleging Defendants James Banks, Wright, R. Dummore, Nash, May, and Meinzer violated his constitutional rights in connection with a November 22, 2011, incident. Liberally construing Plaintiff's amended complaint, he has stated a claim for relief against Defendants Banks, Wright, Dummore, Nash, May, and C. Meinzer, and service is appropriate for them. The Clerk of the Court is directed to prepare a summons for said Defendants, and the United States Marshal is directed to serve a copy of the amended complaint (docket entry #9), this order, and summons on them, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this __5__ day of June, 2012.

UNITED STATES MAGISTRATE JUDGE