IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOSHUA A. STRICKLIN, ADC #138119**                  **PLAINTIFF**

v.                **CASE NO: 5:12CV00162 BSM-HDY**

**RAY HOBBS et al.**                                          **DEFENDANTS**

**ORDER**

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. All of Plaintiff's claims not related to the November 22, 2011, incident are DISMISSED WITHOUT PREJUDICE.

2. Plaintiff's claims against all defendants other than defendants James Banks, Wright, R. Dummore, Nash, May, and C. Meinzer are DISMISSED WITHOUT PREJUDICE, and the names of all the other defendants are removed as party defendants.

DATED this 9th day of July 2012.

                                                           /s/ Brian S. Miller
                                                           UNITED STATES DISTRICT JUDGE