**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOSHUA A. STRICKLIN                                                                                        PLAINTIFF
ADC #138119

V.                                            NO: 5:12CV00162 HDY

RAY HOBBS *et al.*                                                                                        DEFENDANTS

## ORDER

On July 16, 2012, Plaintiff filed a motion to compel, asserting that he had not received responses to requests for production that he filed on May 29, 2012. In response, Defendants note that Plaintiff's discovery requests were filed before they were served with a copy of the complaint. However, Defendants also indicated that they have now responded to Plaintiff's requests. Because Defendants have responded, Plaintiff's motion (docket entry #29) is DENIED.

IT IS SO ORDERED this   7   day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE